

EXHIBIT "B"

# Nina Evans

| | |
|---|---|
| From: | Nina Evans <Nina.Evans@cadleco.com> |
| Sent: | Thursday, August 8, 2024 2:54 PM |
| To: | farideth_m@yahoo.com |
| Cc: | nina.evans@cadleco.com |
| Subject: | 0A610908 Notif Letter |
| Attachments: | 0A610908 Not&Valid TCC 8-7-24.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Please see the attached Notification Letter regarding a loan sale from Primis Bank to Cadles of West Virginia LLC.

If you have any questions, please contact Nina Evans at nina.evans@cadleco.com, or at 888-462-2353, Ext. 3281.

Nina Evans - **Nina.Evans@cadleco.com**
Account Officer

100 North Center Street, Newton Falls, OH 44444
Toll-free: 888-462-2353 Ext. 3281
Fax: 800-860-5367
Tel: 330-872-0918 Ext. 3281
Hours of Operation: Monday-Friday 8:30 a.m. - 5:00 p.m. Eastern Time
Website: www.cadleco.com

## TheCadleCompany
### & Affiliates
A RMAi CERTIFIED COMPANY

PLEASE BE ADVISED THAT THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

This email and any files attached with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please contact us at the number provided above or email us at gocadle@cadleco.com.

Should you choose to receive no further communications by email, please reply "STOP".

1

August 7, 2024

The Cadle Company
100 North Center Street
Newton Falls, OH 44444
(888) 462-2353, Extension 3281
From 8:30 am to 5:00 pm Eastern Time, Monday to Friday
Email at Nina.Evans@cadleco.com
www.cadleco.com

To:   Farideth Maldonado
      1631 S Federal Highway, Apt. 406
      Pompano Beach, FL  33062-7537

      Reference:   0A610908

**The Cadle Company is a debt collector.** We are trying to collect a debt that you owe to Cadles of West Virginia LLC. We will use any information you give us to help collect the debt.

## Our information shows:

You had a mortgage loan from Primis Bank with account number 4784469264.

As of February 29, 2024, you owed: $55,000.00
Between February 29, 2024 and today:
   You were charged this amount in interest: + $3,068.78
   You were charged this amount in fees: + $ 0.00
   You paid or were credited this amount
   toward the debt:   - $(0.00)
Total amount of the debt now: $58,068.78

**Notice:** See reverse side for important information.

## How can you dispute the debt?

- Call or write to us by September 17, 2024, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

- If you write to us by September 17, 2024, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by September 17, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

----

Mail this form to:
The Cadle Company
100 North Center Street
Newton Falls, OH 44444

Farideth Maldonado
1631 S Federal Highway, Apt. 406
Pompano Beach, FL  33062-7537

## How do you want to respond?

*Check all that apply:*
[___] I want to dispute the debt because I think:
       [___] This is not my debt.
       [___] The amount is wrong.
       [___] Other (please describe on reverse or attach additional
              information)
[___] I want you to send me the name and address of the original
       creditor.
[___] I enclosed this amount:    $_____

Make your check payable to Cadles of West Virginia LLC.
Include the reference number 0A610908

**PLEASE BE ADVISED THAT THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

Original Creditor: Primis Bank

Current Creditor: Cadles of West Virginia LLC

Cadles of West Virginia LLC purchased your debt from Primis Bank. Cadles of West Virginia LLC is now your current creditor. The Cadle Company is attempting to collect this debt for the current creditor, Cadles of West Virginia LLC.

Your Account Officer is Nina Evans at (888) 462-2353, Extension 3281, or Email at Nina.Evans@cadleco.com.

By Email - farideth_m@yahoo.com