# EXHIBIT "C"

**Nina Evans**

---

**From:** Nina Evans <nina.evans@cadleco.com>
**Sent:** Tuesday, September 10, 2024 12:01 PM
**To:** 'farideth_m@yahoo.com'
**Subject:** 0A610908 Farideth Maldonado

Farideth,
As you are aware we have acquired your loan from Primis Bank/Momnt. Please contact me at your earliest convenience to discuss payment arrangements.
Thank You,
Nina


**Nina Evans - Nina.Evans@cadleco.com**
Account Officer

100 North Center Street, Newton Falls, OH 44444
Toll-free: 888-462-2353 Ext. 3281
Fax: 800-860-5367
Tel: 330-872-0918 Ext. 3281
Hours of Operation: Monday-Friday 8:30 a.m. - 5:00 p.m. Eastern Time
Website: www.cadleco.com

**TheCadleCompany**
   **& Affiliates**
  A RMAi CERTIFIED COMPANY

PLEASE BE ADVISED THAT THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

This email and any files attached with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please contact us at the number provided above or email us at gocadle@cadleco.com.

Should you choose to receive no further communications by email, please reply "STOP".

1