# EXHIBIT "D"

## Nina Evans

**From:** farideth_m@yahoo.com
**Sent:** Monday, January 20, 2025 11:57 AM
**To:** Nina Evans
**Subject:** Re: 0A610908 Maldonado

Nina,

I am currently in Chapter 13 bankruptcy, and as you know, you are not allowed to contact me. Please refrain from doing so.

Sent from my iPhone

> On Jan 20, 2025, at 10:34 AM, Nina Evans <nina.evans@cadleco.com> wrote:
>
> Farideth,
> We have been trying to reach you regarding your loan we acquired from Primus Bank/ Momnt Servicing. It is very important that you contact us to set up payment arrangements.
>
> Please give us a call at your earliest convenience.
>
> Thank You,
> Nina
>
> **Nina Evans - Nina.Evans@cadleco.com**
> Account Officer
>
> 100 North Center Street, Newton Falls, OH 44444
> Toll-free: 888-462-2353 Ext. 3281
> Fax: 800-860-5367
> Tel: 330-872-0918 Ext. 3281
> Hours of Operation: Monday-Friday 8:30 a.m. - 5:00 p.m. Eastern Time
> Website: www.cadleco.com
>
> **TheCadleCompany**
>   **& Affiliates**
>   A RMAi CERTIFIED COMPANY
>
> PLEASE BE ADVISED THAT THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
>
> This email and any files attached with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please contact us at the number provided above or email us at gocadle@cadleco.com.

1